**Luis Thomas J. LEAL, Appellant,**

v.

**FEDERAL ELECTION COMMISSION, Appellee.**

No. 03–5330.

United States Court of Appeals, District of Columbia Circuit.

April 21, 2004.

Luis Thomas J. Leal, Toledo, OH, pro se.

Before GINSBURG, Chief Judge, and EDWARDS and HENDERSON, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by the appellant. It is

ORDERED AND ADJUDGED that the district court's order filed October 24, 2003, be affirmed. The district court properly dismissed the complaint because it fails to state a claim upon which relief may be granted, its claims are clearly baseless, and the action is frivolous. *See* 28 U.S.C. § 1915(e)(2)(B)(i), (ii); *Neitzke v. Williams*, 490 U.S. 319, 327, 109 S.Ct. 1827, 104 L.Ed.2d 338 (1989).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.